UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JADE BLASINGAME** | **CIVIL ACTION NO. 6:24-cv-0779** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO** | **MAG. JUDGE DAVID J. AYO** |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 18] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motion to Remand [Doc. No. 9] filed by Jade Blasingame is **DENIED**.

**MONROE, LOUISIANA**, this the 28th day of January 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE